# SINUNU | BRUNI LLP

333 Pine Street
Suite 400
San Francisco, CA 94104-3311

Telephone: 415.362.9700
Facsimile: 415.362.9707
www.sinunubruni.com
emcgahey@sinunubruni.com

April 25, 2014

**VIA U.S. MAIL**

Magistrate Corley
United States District Court – Northern District
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:  *Donald & Sumiko Bell v. Arvin Meritor, Inc., et.al.*
     USDC Northern District of California Case No. 3:12-cv-00131
     Insured: Fel-Pro
     Matter ID: FLP-00185

Dear Magistrate Corley:

Per your Clerk, Ms. Ada Means, we submit this request in writing to please excuse defendant Federal Mogul Personal Injury Trust, successor to Felt Products Manufacturing Company's carrier representative from appearing in person at the upcoming Settlement Conference scheduled to occur on **May 7, 2014** at **11:00 a.m.** in **Courtroom F**. Due to scheduling conflicts and inability to travel, Federal Mogul's representative is unavailable to appear in person but will be available on telephone stand-by. I have met and conferred with plaintiff's counsel in this regard and he poses no objection. On April 24, 2014, the attached letter was sent to all counsel regarding same.

An excuse from an in-person appearance of my client would be most appreciated.

Very truly yours,

Erin S. McGahey, Esq.

ESM/mv

Enclosure

Dated: April 30, 2014



GRANTED
Judge Jacqueline Scott Corley