```
1  Dean Pollack, State Bar No. 176440
   Walter C. Rundin, State Bar No. 072475
2  Kimberly I. Chew, State Bar No. 251263
   BURNHAM BROWN
3  A Professional Law Corporation
   P.O. Box 119
4  Oakland, California 94604
   ---
5  1901 Harrison Street, 14th Floor
   Oakland, California  94612
6  Telephone:    (510) 444-6800
   Facsimile:    (510) 835-6666
7
   Attorneys for Defendant
8  DEFENDANT BORGWARNER MORSE TEC INC. as
   successor by merger to BORG-WARNER CORPORATION
9
```

10                    UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  DONALD BELL and SUMIKO BELL; | Northern District of California |
| 13        Plaintiffs, | Case NO. 3:12-cv-00131-JSC |
| 14  v. | **DEFENDANT BORGWARNER MORSE TEC INC. AS SUCCESSOR BY MERGER TO BORG-WARNER CORPORATION'S REQUEST TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE AND PROPOSED ORDER** |
| 15  ARVIN MERITOR, INC., et al., | |
| 16        Defendants. | |
| 17 | Settlement Conference Date: May 7, 2014 |
| 18 | Time: 11:00 a.m. |

19

20      Defendant BORGWARNER MORSE TEC INC. as successor-by-merger to BORG-

21 WARNER CORPORATION ("Borg-Warner") requests authorization for Peggy Muensterman,

22 corporate representative for Borg-Warner, to appear at the May 7, 2014 settlement conference by

23 telephone due to scheduling conflicts.

24

25 DATED: April 30, 2014                    BURNHAM BROWN

26                                          By: /s/ Kimberly Chew
                                            Kimberly Chew, State Bar No. 251263
27                                          Attorneys for Defendant BORGWARNER
                                            MORSE TEC INC., AS SUCCESSOR BY
28                                          MERGER TO BORG-WARNER

                                         1

CORPORATION

PROPOSED ORDER

Good cause appearing, it is hereby ORDERED that Peggy Muensterman, corporate representative for BORGWARNER MORSE TEC INC. as successor-by-merger to BORG-WARNER CORPORATION, is permitted to appear at the May 12, 2014 settlement conference by telephone.

DATED: May 2 , 2014

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

4830-9245-2634, v. 1

| | |
|---|---|
| Re: | *Donald Bell, et al. v. Arvin Meritor, Inc., et al.* |
| Court: | Alameda County Superior Court |
| Action No: | RG11-593882 |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On April 30, 2014, I served the following document(s) in the following manner(s):

**DEFENDANT BORGWARNER MORSE TEC. INC. AS SUCCESSOR BY MERGER TO BORG-WARNER CORPORATION'S REQUEST TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE AND PROPOSED ORDER**

☒  **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon on the date and place shown below following ordinary business practice. I am familiar with this business' practice for collecting and processing documents for mailing. On the same day that documents are placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Stephen M. Fishback        Attorneys for Plaintiffs
Daniel Keller
KELLER, FISHBACK & JACKSON LLP
18425 Burbank Blvd., Suite 610
Tarzana, CA 91356
Tel:   818.342.7442
Fax:   818.342.7616

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:      April 30, 2014

*/s/ Socorro Lee*