# KELLER, FISHBACK & JACKSON LLP

LOS ANGELES • NEW YORK • OAKLAND • NEWPORT BEACH

April 30, 2014

Hon. Jacqueline S. Corley
United States District Court, Northern District of California
450 Golden Gate Avenue,
Court Room F, 15th Floor
San Francisco, CA 94102

ALL DEFENDANTS
(See Attached Service List)

      Re:    Donald Bell, et al. v. Arvin Meritor, et al.
               USDC ND-CA Case No. 12-cv-00131-CRB (JSC)

Hon. Jacqueline Scott Corley:

Please accept this as plaintiffs' request to be excused from the settlement conference presently scheduled for May 7, 214 at 11:00 a.m. Mr. Bell is 83 years old and in declining health due to his lung cancer and asbestosis. Neither Mr. Bell nor Mrs. Bell are able to travel long distances and are unable to travel to San Francisco as they do not live in the Bay Area. Such a request would impose an excessive burden for both plaintiffs. Plaintiffs have given their counsel full unlimited settlement authority such that their absence would not be an inconvenience to the parties or this Court. Plaintiffs' counsel will not need to reach the plaintiffs telephonically before being able to accept any settlements agreed upon by the parties.  Plaintiffs have previously sent a letter to all parties inquiring whether or not any party had an objection to plaintiffs' absence. To date, no party has communicated that it objected to the absence of plaintiffs at the settlement conference. As such, for the foregoing reasons, plaintiffs respectfully request that they be excused from attending the settlement conference on May 7, 2014.

With regards,

/s/

Seth A. Curtis
Attorneys for Plaintiffs

Dated: 5/2/2014

**GRANTED**
*Jacqueline S. Corley*
Judge Jacqueline Scott Corley

28720 CANWOOD STREET, SUITE 200 ~ AGOURA HILLS, CALIFORNIA 9
PH: 818.342.7442
FAX: 818.342.7616
WWW.KFJLEGAL.COM