# BRYDON HUGO & PARKER
ATTORNEYS AT LAW

135 Main Street, 20th Floor
San Francisco, CA 94105
T 415.808.0300
F 415.808.0333
www.bhplaw.com

**Randall K. Bernard**
rbernard@bhplaw.com

Our File No.
4366-0406

April 30, 2014

Honorable Magistrate Judge Jacqueline Scott Corley
San Francisco Courthouse
450 Golden Gate Avenue
Courtroom F - 15th Floor
San Francisco, CA 94102

      Re:    Donald Bell and Sumiko Bell vs. Arvin Meritor, Inc., et al.
             USDC-ND CA Civil No.: 3:12-cv-00131-CRB (JSC)

Dear Hon. Jacqueline Scott Corley:

     Pursuant to paragraph 3 of the Court's March 24, 2014 Settlement Conference Order, we request that our client's representative be excused from the May 7, 2014 settlement conference. As noted in our April 23, 2014 correspondence to all counsel in this matter (also attached hereto), our client representative has a scheduling conflict on May 7, 2014. In response to our correspondence seeking our client be excused from a personal appearance, no party (including plaintiffs' counsel) expressed any objections.

     We thank you for your consideration of this matter. If you request further information, please contact me at your earliest convenience.

                       Very truly yours,

                       BRYDON HUGO & PARKER

                     Randall K. Bernard

RKB/cbs

Enc:    Letter of 4/23/14 to All Parties

cc:     Counsel of Record as listed on the attached service list

Dated: 5/6/14



GRANTED
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

San Francisco     Mill Valley     Los Angeles