# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BELL and SUMIKO BELL,<br><br>Plaintiffs,<br><br>v.<br><br>ARVIN MERITOR, INC., *et al.*,<br><br>Defendants. | Case No. 3:12-cv-00131-CRB<br>_____<br><br>**ORDER TO DISMISS DEFENDANT FORD MOTOR COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED** THAT FORD MOTOR COMPANY IS DISMISSED FROM THE ABOVE-ENTITLED ACTION WITH PREJUDICE.  EACH PARTY TO BEAR ITS OWN COSTS.

Dated:  O c{ '7.'4236''''''''''''''''''''        _____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE
U.S. District Court
Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-1-

ORDER TO DISMISS DEFENDANT FORD MOTOR COMPANY
Case No. 3:12-cv-00131-CRB