Stephen M. Fishback (State Bar No. 191646)
SFishback@kfjlegal.com
Seth A. Curtis (State Bar No. 236263)
scurtis@kfjlegal.com
**KELLER, FISHBACK & JACKSON LLP**
28720 Canwood St., Ste 200
Agoura Hills, CA 91301
Telephone: 818.342.7442
Facsimile: 818.342.7616

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD AND SUMIKO BELL;<br><br>Plaintiffs,<br>vs.<br><br>ARVIN MERITOR, INC., et al.<br><br>Defendants. | Case No. 12-CV-00131-CRB (JSC)<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION AND ORDER
## TO DISMISS ACTION WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and counsel for Defendant Federal-Mogul Asbestos Personal Injury Trust, as successor to Felt Products Manufacturing Company, that the Complaint of Plaintiffs DONALD BELL and SUMIKO BELL, bearing the Civil Action No. 12-CV-00131-CRB (JSC) may be and is hereby dismissed without prejudice as to this Defendant only. The parties shall each bear their own costs.

//

//

//

//

Dated: June 18, 2014

_____
SETH A. CURTIS, CSB #236263
KELLER, FISHBACK & JACKSON, LLP
28720 CANWOOD STREET, STE. 200
AGOURA HILLS, CA 91301
SCURTIS@KFJLEGAL.COM
Phone: 818.342.7442 FAX 818.342.7616
Attorneys for Plaintiffs

Dated: June 18, 2014

_____
ERIN S. MCGAHEY, CSB # 220610
SINUNU BRUNI LLP
333 PINE STREET, SUITE 400
SAN FRANCISCO, CA 94104-3311
EMCGAHEY@SINUNIBRUNI.COM
PHONE: 415.362.9700 FAX: 415.362.9707
Attorneys for Defendant Federal-Mogul Asbestos
Personal Injury Trust as successor to Felt Products
Manufacturing Company

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS' COMPLAINT AS TO DEFENDANT FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST AS SUCESSOR TO FELT PRODUCTS MANUFACTURING COMPANY IS DISMISSED WITHOUT PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.**

Dated:  June 20 , 2014    _____
                            HON. CHARLES R. BREYER

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*

STIPULATION AND ORDER OF DISMISSAL                                      Page 3