10/17/2014  15:36    8183427616                    KFJ LEGAL                              PAGE  02/03

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) <br><br> THIS DOCUMENT RELATES TO: <br><br> DONALD BELL and SUMIKO BELL, <br><br> Plaintiffs, <br><br> vs. <br><br> ARVIN MERITOR, INC., et al. <br><br> Defendants. | Case No. 12-CV-00131 CRB |

## STIPULATION AND ORDER
## TO DISMISS ACTION WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for Plaintiffs DONALD BELL and SUMIKO BELL and counsel for Defendant BORGWARNER MORSE TEC INC. that the Complaint of Plaintiffs DONALD BELL and SUMIKO BELL, bearing the Civil Action No. NDC C 12-00131 CRB, in the above action may be and is hereby dismissed with prejudice as to this defendant only.

The parties shall each bear their own costs.

Dated: October 17, 2014

FARID ZAKARIA, CSB #280283
KELLER, FISHBACK & JACKSON, LLP
28720 CANWOOD ST, SUITE 200
AGOURA HILLS, CA 91301
FZAKARIA@KFJLEGAL.COM
P (818) 342-7442    F (848) 342-7616

ATTORNEYS FOR PLAINTIFFS

10/17/2014  15:36    8183427616                    KFJ LEGAL                              PAGE  03/03

Dated: October 20, 2014           Kimberly Chew (CSB#251263) for
                                                DEAN POLLACK, CSB #176440
                                                BURNHAM BROWN
                                                1901 HARRISON STREET, 14TH FLOOR
                                                OAKLAND, CA 94612
                                                DPOLLACK@BURNAMBROWN.COM
                                                P: (510)444-6800 F: (510)835-6666

                                                ATTORNEYS FOR DEFENDANT
                                                BORGWARNER MORSE TEC INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS COMPLAINT AS TO DEFENDANT BORGWARNER MORSE TEC INC. IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.**

Dated: October 21, 2014           _____
                                         HONORABLE CHARLES R. BREYER

