IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) _____ THIS DOCUMENT RELATES TO: DONALD BELL and SUMIKO BELL,        Plaintiffs,   vs. ARVIN MERITOR, INC., et al.        Defendants. _____ | Case No. 12-CV-00131 CRB |

## STIPULATION AND ORDER
## TO DISMISS ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsels for Plaintiffs DONALD BELL and SUMIKO BELL and counsel for Defendant TOYOTA MOTOR SALES, U.S.A, INC. that the Complaint of Plaintiffs DONALD BELL and SUMIKO BELL, bearing the Civil Action No- NDC C 12-00131 CRB, in the above action may be and is hereby dismissed with prejudice as to this defendant only.

The parties shall each bear their own costs.

Dated: October 17, 2014

                                                                                                                                                            _____
                                                                                                                                                            FARID ZAKARIA, CSB #280283
                                                                                                                                                            KELLER, ACK & JACKSON, LLP
                                                                                                                                                            28720 CANWOOD ST, SUITE 200
                                                                                                                                                            AGOURA HJLLS, CA 91301
                                                                                                                                                            FZAKARlA@KFJLEGAL.COM
                                                                                                                                                            P (818) 342-7442 F (848) 342-7616

                                                                                                                                                            ATTORNEYS FOR PLAINTIFFS

1

Dated: _____, 2014                 _____
                                              EDWARD R. HUGO, CSB #124839
                                              BRYDON HUGO & PARKER
                                              135 MAIN ST, 20TH FLR
                                              SAN FRANCISCO, CA 94105
                                              EHUGO@BHPLAW.COM
                                              P: (415)808-0300 F: (415)808-0333

                                              ATTORNEYS FOR DEFENDANT
                                              TOYOTA MOTOR SALES, U.S.A, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS COMPLAINT AS TO DEFENDANT TOYOTA MOTOR SALES, U.S.A, INC. IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

Dated: November 10, 2014                     _____
                                              HONORABLE CHARLES R. BREYER

