IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS) LIABILITY LITIGATION (NO. VI) ) | |
| THIS DOCUMENT RELATES TO: ) | |
| DONALD BELL and SUMIKO BELL, ) | Case No. 12-CV-00131 CRB |
| Plaintiffs, ) | |
| vs. ) | |
| ARVIN MERITOR, INC., et al. ) | |
| Defendants. ) | |

## STIPULATION AND ORDER
## TO DISMISS ACTION WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for Plaintiffs DONALD BELL and SUMIKO BELL and counsel for Defendant HONEYWELL INTERNATIONAL, INC. that the Complaint of Plaintiffs DONALD BELL and SUMIKO BELL, bearing the Civil Action No. NDC C 12-00131 CRB, in the above action may be and is hereby dismissed with prejudice as to this defendant only.

The parties shall each bear their own costs.

Dated: December 3, 2014

_____
FARID ZAKARIA, CSB #280283
KELLER, FISHBACK & JACKSON, LLP
28720 CANWOOD ST, SUITE 200
AGOURA HILLS, CA 91301
FZAKARIA@KFJLEGAL.COM
P (818) 342-7442   F (848) 342-7616

ATTORNEYS FOR PLAINTIFFS

Dated: 12-10, 2014

_____
DAVID T. BIDERMAN, CSB #101577
PERKINS COIE LLP
4 EMBARCADERO, STE 2400
SAN FRANCISCO, CA 94111
P: (415)344-7000 F: (415)344-7288

ATTORNEYS FOR DEFENDANT HONEYWELL INTERNATIONAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS COMPLAINT AS TO DEFENDANT HONEYWELL INTERNATIONAL, INC. IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.**

Dated: December 12, 2014

_____
HONORABLE CHARLES R. BREYER



2

# CERTIFICATE OF SERVICE

The undersigned certifies that, on this 11th day of December, 2014, the foregoing STIPULATION and ORDER TO DISMISS ACTION WITH PREJUDICE was filed with the Court electronically via the ECF system and is available for viewing and downloading from the ECF system, and a true and correct copy was served on Plaintiffs' counsel, and all other counsel of record, via the electronic service-ECF system.

**PERKINS COIE LLP**

By: */s/ Daniel D. O'Shea*
    Daniel D. O'Shea
    DOShea@perkinscoie.com

Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel: (415) 344-7000
Fax: (415) 344-7288

Counsel for Defendant
HONEYWELL INTERNATIONAL INC.,
*f/k/a* AlliedSignal Inc., as Successor-in-Interest
to The Bendix Corporation