# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )

THIS DOCUMENT RELATES TO:

DONALD BELL and SUMIKO BELL,        )   Case No. 12-CV-00131 CRB

Plaintiffs,

vs.

ARVIN MERITOR, INC., et al.

Defendants.

## STIPULATION AND ORDER
## TO DISMISS ACTION WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for Plaintiffs DONALD BELL and SUMIKO BELL and counsel for Defendant GENUINE PARTS COMPANY that the Complaint of Plaintiffs DONALD BELL and SUMIKO BELL, bearing the Civil Action No. NDC C 12-00131 CRB, in the above action may be and is hereby dismissed with prejudice as to this defendant only.

The parties shall each bear their own costs.

Dated: March 4, 2015

FARID ZAKARIA, CSB #280283
KELLER, FISHBACK & JACKSON, LLP
28720 CANWOOD ST, SUITE 200
AGOURA HILLS, CA 91301
FZAKARIA@KFJLEGAL.COM
P (818) 342-7442   F (848) 342-7616

ATTORNEYS FOR PLAINTIFFS

Dated: March 5, 2015

for
FRANK D. POND, CSB# 126191
POND NORTH LLP
350 S. GRAND AVE. STE. 3300
LOS ANGELES, CA 90071
FPOND@PONDNORTH.COM
P: (213)617-6170 F: (213)623-3594

ATTORNEYS FOR DEFENDANT GENUINE PARTS COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS COMPLAINT AS TO DEFENDANT GENUINE PARTS COMPANY IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

Dated: March 9, 2015

HONORABLE CHARLES R. BREYER



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2