IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS ) <br> LIABILITY LITIGATION (NO. VI) ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> DONALD BELL and SUMIKO BELL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ARVIN MERITOR, INC., et al. ) <br> ) <br> Defendants. ) | Case No. 12-CV-00131 CRB |

## STIPULATION AND ORDER
## TO DISMISS ACTION WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for Plaintiffs DONALD BELL and SUMIKO BELL and counsel for Defendant NATIONAL AUTOMOTIVE PARTS ASSOCIATION that the Complaint of Plaintiffs DONALD BELL and SUMIKO BELL , bearing the Civil Action No. NDC C 12-00131 CRB, in the above action may be and is hereby dismissed with prejudice as to this defendant only.

The parties shall each bear their own costs.

Dated: March 4, 2015

FARID ZAKARIA, CSB #280283
KELLER, FISHBACK & JACKSON, LLP
28720 CANWOOD ST, SUITE 200
AGOURA HILLS, CA 91301
FZAKARIA@KFJLEGAL.COM
P (818) 342-7442   F (848) 342-7616

ATTORNEYS FOR PLAINTIFFS

Dated: March 5, 2015

_____
for FRANK D. POND, CSB# 126191
POND NORTH LLP
350 S. GRAND AVE. STE. 3300
LOS ANGELES, CA 90071
FPOND@PONDNORTH.COM
P: (213)617-6170 F: (213)623-3594

ATTORNEYS FOR DEFENDANT NATIONAL
AUTOMOTIVE PARTS ASSOCIATION

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS COMPLAINT AS TO DEFENDANT NATIONAL AUTOMOTIVE PARTS ASSOCIATION IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

Dated: March 9, 2015

_____
HONORABLE CHARLES R. BREYER



IT IS SO ORDERED
Judge Charles R. Breyer

2