IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCTS )
LIABILITY LITIGATION (NO. VI) )
)
)
THIS DOCUMENT RELATES TO: )
)
)
DONALD BELL and SUMIKO BELL, ) Case No. 12-CV-00131 CRB
)
Plaintiffs, )
)
vs. )
)
ARVIN MERITOR, INC., et al. )
)
Defendants. )
)

## STIPULATION AND ORDER
## TO DISMISS ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsels for Plaintiffs DONALD BELL and SUMIKO BELL and counsel for Defendant MAREMONT CORPORATION that the Complaint of Plaintiffs DONALD BELL and SUMIKO BELL, bearing the Civil Action No. NDC C 12-00131 CRB, in the above action may be and is hereby dismissed with prejudice as to this defendant only.

The parties shall each bear their own costs.

Dated: March 2, 2015

_Per_ [signature]
FARID ZAKARIA, CSB #280283
KELLER, FISHBACK & JACKSON, LLP
28720 CANWOOD ST, SUITE 200
AGOURA HILLS, CA 91301
FZAKARIA@KFJLEGAL.COM
P (818) 342-7442   F (848) 342-7616

ATTORNEYS FOR PLAINTIFFS

Dated: 3/4, 2015

*(signature)*

ANA T. PORTILLO, CSB #206193
HAWKINS PARNELL THACKSTON &
YOUNG, LLP
345 CALIFORNIA STREET, SUITE 2850
SAN FRANCISCO, CA 94104
P: (415)766-3200 F: (415)766-3250

ATTORNEYS FOR DEFENDANT MAREMONT
CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS COMPLAINT AS TO DEFENDANT MAREMONT CORPORATION IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

Dated: March 30, 2015

_____
HONORABLE CHARLES R. BREYER

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer)*

2