## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCTS)  )
LIABILITY LITIGATION (NO. VI)  )
                                                          )
                                                          )
THIS DOCUMENT RELATES TO:        )
                                                          )
                                                          )
DONALD BELL and SUMIKO BELL,     )       Case No. 12-CV-00131 CRB
                                                          )
              Plaintiffs,                             )
                                                          )
       vs.                                             )
                                                          )
ARVIN MERITOR, INC.,  et al.               )
                                                          )
              Defendants.                         )
                                                          )

### STIPULATION AND ORDER
### TO DISMISS ACTION WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for Plaintiffs

DONALD BELL and SUMIKO BELL and counsel for Defendant KELSEY-HAYES

COMPANY that the Complaint of Plaintiffs DONALD BELL and SUMIKO BELL , bearing

the Civil Action No. NDC C 12-00131 CRB, in the above action may be and is hereby

dismissed with prejudice as to this defendant only.

The parties shall each bear their own costs.

Dated: October 17 , 2014

_____
FARID ZAKARIA, CSB #280283
KELLER, FISHBACK & JACKSON, LLP
28720 CANWOOD ST, SUITE 200
AGOURA HILLS, CA 91301
FZAKARIA@KFJLEGAL.COM
P (818) 342-7442   F (848) 342-7616

ATTORNEYS FOR PLAINTIFFS

10/17/2014  03:28PM  8183427442                    KELLERFISHBACK                         PAGE  03/03

Dated: 2-12 , ~~2014~~ 2016

LISA L. OBERG, CSB #120139
DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR,
SAN FRANCISCO, CA 94105
lisa.oberg@dentons.com
P: (415)267-4000 F: (415)267-4198

ATTORNEYS FOR DEFENDANT KELSEY-HAYES COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS COMPLAINT AS TO DEFENDANT KELSEY-HAYES COMPANY IS DISMISSED WITH PREJUDICE.  EACH PARTY IS TO BEAR ITS OWN COSTS.**

Dated: Feb. 19, 2016 , ~~201~~MX

HONORABLE CHARLES R. BREYER

2