IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BELL and SUMIKO BELL;<br>Plaintiffs,<br>vs.<br><br>ARVIN MERITOR, INC., et al.<br>Defendants, | Case No. 12-CV-00131 CRB<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MCCORD CORPORATION |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MCCORD CORPORATION**

Page 1

1  The Court has read and considered the stipulation of Plaintiffs Donald and Sumiko Bell and
2  Defendants.
3  Pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause appearing, the Court
   hereby approves the parties' stipulation.
4
   Defendant McCord Corporation is here by dismissed with prejudice. The parties shall each
5  bear their own costs.
6
7
8  **IT IS SO ORDERED.**
9  Dated: July 14, _____, 2016        _____
                                        HONORABLE CHARLES R. BREYER
10
11
12
13
14
15
16
17
18
19
20
   [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
   MCCORD CORPORATION

Page 2