IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) _____ THIS DOCUMENT RELATES TO: DONALD BELL and SUMIKO BELL, Plaintiffs, vs. ARVIN MERITOR, INC., et al. Defendants. | Case No. 12-CV-00131 CRB |

## STIPULATION AND ORDER
## TO DISMISS ACTION WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for Plaintiffs DONALD BELL and SUMIKO BELL and counsel for Defendant CARLISLE CORPORATION that the Complaint of Plaintiffs DONALD BELL and SUMIKO BELL, bearing the Civil Action No. NDC C 12-00131 CRB, in the above action may be and is hereby dismissed with prejudice as to this defendant only.

The parties shall each bear their own costs.

Dated: September 29, 2014

SETH A. CURTIS, CSB #236263
KELLER, FISHBACK & JACKSON, LLP
28720 CANWOOD ST, SUITE 200
AGOURA HILLS, CA 91301
SCURTIS@KFJLEGAL.COM
P (818) 342-7442   F (848) 342-7616

ATTORNEYS FOR PLAINTIFFS

Dated: July 20, 2016, 20XX

*[signature: Michael J. Pietrykowski]*

MICHAEL J. PIETRYKOWSKI, CSB # 118677
GORDON & REES LLP
275 BATTERY ST. 20TH FLR.
SAN FRANCISCO, CA 94111
MPIETRYKOWSKI@GORDONREES.COM
P: (415)986-5900 F: (415)986-8054

ATTORNEYS FOR DEFENDANT CARLISLE CORPORATION.

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS COMPLAINT AS TO DEFENDANT CARLISLE CORPORATION., IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

Dated: July 21, 2016.

*[signature]*

HONORABLE CHARLES R. BREYER

# CERTIFICATE OF SERVICE

DONALD BELL AND SUMIKO BELL V. ARVIN MERITOR, INC., ET AL.
USDC-ED PA CASE NO. 2:12-CV-00131 CRB

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Gordon & Rees LLP, 1111 Broadway, Suite 1700, Oakland, CA 94607. On the date set forth below, I served the within documents:

**STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**

| | |
|---|---|
| ☐ | by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below. |
| ☐ | by electronically serving the document(s) described above via *LexisNexis File & Serve* on the recipients designated on the Transaction Receipt that is located on the *LexisNexis File & Serve* website and as set forth below: |
| ☒ | **by electronically serving** the document(s) described above via United States District Court Electronic Case Filing website (CM/ECF notification system) on the recipients designated on the electronic service list that is located on the Pacer website. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 21, 2016 at Oakland, California.

_____
Eileen Spiers

28925133v.1

-1-